

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>1. ANTONIO CARDONA, )<br>   a/k/a "ANT," and )<br>)<br>2. JEROME LASSITER, )<br>   a/k/a "BUTTA," )<br>)<br>            Defendants. )<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO. 04-CR-10114-DPW<br><br>VIOLATIONS:<br>21 U.S.C. § 846 -- Conspiracy<br>   to Distribute Cocaine Base<br><br>21 U.S.C. § 841(a)(1) --<br>   Distribution of Cocaine<br>   Base<br><br>18 U.S.C. § 2 --<br>   Aiding and Abetting<br><br>21 U.S.C. § 860(a) - Playground<br>   Zone Violation<br><br>21 U.S.C. § 861(a) - Use of a<br>   Juvenile |

## INDICTMENT

COUNT ONE:   (21 U.S.C. § 846 -- Conspiracy to Distribute
             Cocaine Base; 21 U.S.C. § 860(a) -- Playground
             Zone Violation)

The Grand Jury charges that:

   On or about June 19, 2003, in the District of Massachusetts,

      1.   ANTONIO CARDONA, a/k/a "ANT," and
      2.   JEROME LASSITER, a/k/a "BUTTA,"

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other to possess with intent to distribute, and to distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground, in violation of Title 21, United States Code,

Sections 841(a)(1), 841(b)(1)(C) and 860(a).

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>:     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                Base; 21 U.S.C. § 860(a) -- Playground Zone
                Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about June 19, 2003, at Boston, in the District of Massachusetts,

    1.    ANTONIO CARDONA, a/k/a "ANT," and
    2.    JEROME LASSITER, a/k/a "BUTTA,"

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

**COUNT THREE:**   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation)

The Grand Jury further charges that:

On or about July 1, 2003, at Boston, in the District of Massachusetts,

    1.    **JEROME LASSITER, a/k/a "BUTTA,"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

<u>COUNT FOUR</u>:        (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                        Base; 21 U.S.C. § 860(a) -- Playground Zone
                        Violation; 21 U.S.C. § 861(a) -- Use of a
                        Juvenile)

The Grand Jury further charges that:

On or about July 23, 2003, at Boston, in the District of Massachusetts,

    1.    ANTONIO CARDONA, a/k/a "ANT,"

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground and, in so doing, defendant, being a person at least eighteen years of age, did knowingly and intentionally employ, hire, use, persuade, induce and entice a person, who was then under eighteen years of age, to violate Title 21, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 860(a) and 861(a).

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: April 8, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK  1:35pm