# United States District Court

DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA

v.

Antonio Cardona

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: CR04-10114 DPW

I, _Antonio Cardona_, charged in a (complaint) (petition) pending in this District with _Distribution and conspiracy to distribute cocaine in a playground zone_ in violation of Title _21_, U.S.C., §§ _841(a)(1), 846, 861(a)_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

4/23/04
Date

_____
Counsel for Defendant

FILED
In Open Court
USDC, Mass.
Date 4-23-04
By _____
Deputy Clerk