UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL CASE NO. 04-10114 DPW

UNITED STATES OF AMERICA

V.

ANTONIO CARDONA
Defendant

**ORDER ON DETENTION**
April 27, 2004

ALEXANDER, U.S.M.J.

On April 23, 2004, the above-named defendant appeared before this Court for an arraignment and detention hearing. The government was represented by Assistant United States Attorney Patrick Hamilton and the defendant was represented by attorney Edward P. Ryan, Jr.. The government made an oral motion to detain the defendant.

In that an arraignment was held and the defendant consented to detention and waived his right to a detention hearing without prejudice, this Court hereby ORDERS that the above-named defendant be detained pending trial, pursuant to 18 U.S.C. § 3142 (e).

SO ORDERED.

/S/ Joyce London Alexander
UNITED STATES MAGISTRATE JUDGE