UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA            )
                                    )
            vs.                     )   Criminal No. 04-cr-10114 DPW
                                    )
ANTONIO CARDONA,                    )
            DEFENDANT               )
_____

## NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the Defendant, Antonio Cardona states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1.

                                      Respectfully submitted,
                                      The Defendant, Antonio Cardona
                                      By his attorney,

                                      /s/Edward P. Ryan Jr.
                                      _____
                                      Edward P. Ryan Jr.
                                      O'Connor and Ryan, P.C.
                                      61 Academy Street
                                      Fitchburg, MA 01420
                                      978-345-4166
                                      BBO #434960

May 6, 2004