UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | NO: 04-10114-DPW |
| ANTONIO CARDONA and ) | |
| JEROME LASSITER, ) | |
| DEFENDANTS ) | |

## MOTION OF DEFENDANT, ANTONIO CARDONA
## FOR FUNDS TO OBTAIN VIDEO AND AUDIO TAPES

Now comes the Defendant, Antonio Cardona and moves for funds to obtain videotapes and audiotapes in connection with the above-referenced matter. As grounds for this Motion, the Defendant states he is indigent and unable to afford the costs of said tapes.

Respectfully submitted
The Defendant, by his attorney

/s/ Edward P. Ryan, Jr.
_____
Edward P. Ryan, Jr.
O'Connor and Ryan, P.C.
61 Academy Street
Fitchburg, MA 01420
978-345-4166
BBO# 434960

Dated: June 17, 2004