UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | NO: 04-10114-DPW |
| ANTONIO CARDONA and ) | |
| JEROME LASSITER, ) | |
| DEFENDANTS ) | |

### MOTION OF DEFENDANT, ANTONIO CARDONA
### TO CONTINUE DEADLINE FOR DISPOSITIVE MOTIONS

Now comes the Defendant, Antonio Cardona and moves this court to continue the deadline for the filing of dispostive motions beyond July 23, 2004.  As grounds for this motion counsel for the Defendant states that he has not been able to complete review of discovery materials provided by the Government with the Defendant, and that the Defendant has not yet been able to review certain videotapes at his current place of detention.  More time is necessary to determine if dispositive motions ought or need to be filed for the protection of the Defendant's rights.  The undersigned requests that the deadline for the filing of dispositive motions be extended to September 30, 2004.

                                                    Respectfully submitted
                                                   The Defendant, by his attorney

                                                   /s/ Edward P. Ryan, Jr.

                                                   _____
                                                 Edward P. Ryan, Jr.
                                                 O'Connor and Ryan, P.C.
                                                 61 Academy Street
                                                 Fitchburg, MA 01420
                                                 978-345-4166
                                                 BBO# 434960

July 22, 2004