UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA    )
                            )
    V.                      )
                            )   NO: 04-10114-DPW
ANTONIO CARDONA and         )
JEROME LASSITER,            )
            DEFENDANTS      )
_____

## MOTION TO CONDUCT INTERIM STATUS CONFERENCE
## IN LIEU OF FINAL STATUS CONFERENCE
## ON AUGUST 3, 2004

Now comes the Defendant, Antonio Cardona, and requests that this Court conduct an interim status conference, in lieu of a final status conference, on August 3, 2004. As grounds for this motion counsel states as follows:

1. Although there are now no outstanding discovery issues that require resolution by the court, additional materials requested by the defendant and which the government has agreed to provide, need to be obtained and reviewed.[1]

2. Counsel has not been able to review certain audiotapes and videotapes with the Defendant as of this date, due to scheduling issues and vacation time.

3. Counsel is not in a position to determine whether dispostive motions will be filed and has requested an extension of the time within which such motions

---

[1] The government provided certain audiotapes, one of which is blank and one of which is barely audible. The government is in the process of obtaining and forwarding a duplicate tape to counsel. An inspection of a photo array book from which purported identifications of the Defendant were made needs to be inspected.

are required to be filed. No ruling has been entered in connection with this motion.

4. Counsel is not in a position to state whether a trial will be necessary but reasonably expects to be in a position to do so by September 30, 2004. Accordingly the Defendant respectfully requests the Final Status Conference now scheduled for August 3, 2004 be treated as an interim status conference, and that continued dates for the filing of dispostive motions, as well as a date for a final status conference be established at that time.

Respectfully submitted  
The Defendant, by his attorney

/s/ Edward P. Ryan, Jr.  
_____  
Edward P. Ryan, Jr.  
O'Connor and Ryan, P.C.  
61 Academy Street  
Fitchburg, MA 01420  
978-345-4166  
BBO# 434960

July 28, 2004