UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 04-10114 DPW

ANTONIO CARDONA (1)
JEROME LASSITER (2)

REPORT & ORDER ON
INTERIM STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On August 3, 2004, the parties appeared before this court for an Interim Status Conference. With regard to status, the parties have represented that:

In that attorney Edward P. Ryan will be engaged in a murder trial and moved (orally) that the month of September be ALLOWED for the filing of dispositive motions, the motion is ALLOWED. The parties shall submit a joint motion for the applicable periods of excludable delay.

The defendants shall file dispositive motions on or before September 30, 2004, and the government shall respond to the defendants' motions on or before October 14, 2004.

A Final Status Conference is scheduled for **October 20, 2004,** at **2:00 PM** in Courtroom **24**, 7th floor. The parties shall confer and, not later than three (3) business days before the Final Status Conference, prepare and file a joint Final Status Conference Memorandum.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

September 24, 2004          /S/ Rex Brown
Date                        Courtroom Clerk