# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### <u>ORDER OF REFERENCE</u>

Check if previously referred

_- U.S_

V.

_Antonio Cardona, et al_

~~CA~~/CR No. _04-10114-DPW_

Criminal Category  _II_

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _Alexander_ for the following proceedings:

(A)     Referred for full pretrial case management, including all dispositive motions.

(B)     Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)     Referred for discovery purposes only.

(D)     Referred for Report and Recommendation on:

      ( ) Motion(s) for injunctive relief
      ( ) Motion(s) for judgment on the pleadings
      ( ) Motion(s) for summary judgment
      ( ) Motion(s) to permit maintenance of a class action
      ( ) Motion(s) to suppress evidence
      ( ) Motion(s) to dismiss
      ( ) Post Conviction Proceedings[1]
      See Documents Numbered: _____

(E)     Case referred for events only.  See Doc. No(s). _____

(F)     Case referred for settlement.

(G)     Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
      ( ) In accordance with Rule 53, F.R.Civ.P.
      ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)     Special Instructions: _pretrial proceedings re superseding indictment_

_10-1-04_
Date

By: _Catherine M. Ga울elli_
    Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

---

[1]     See reverse side of order for instructions