UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10114 DPW

JEROME LASSITER
ANTONIO CARDONNA
    Defendants

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

    On October 20 , 2004, the parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of the case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motions;

3. There is no supplemental discovery anticipated, but if any is produced then it will only be minimal;

4. The applicable periods of excludable delay under the Speedy Trial Act include: April 23, 2004, through May 21, 2004 (28 days), as to both defendants and May 21, 2004, through May 26, 2004, as to both defendants (5 days); May 26, 2004, through August 3, 2004 (69 days); August 3, 2004, through October 20, 2004 (78 days), for a total of one hundred and seventy (180) days as of October 20, 2004, as to both defendants. The total amount of time to proceed to trial is seventy (70) days as of October 20, There are no anticipated dispositive motions that may cause additional excludable time on the Speedy Trial Clock;

5. (a) The defendant does not intend to raise a defense of insanity;

   (b) The defendant does not intend to raise a defense of public authority;

6. The government has requested notice of alibi by the defendant;

7. There are no anticipated motions to sever, dismiss or suppress that would require a ruling by the District Judge before trial;

8. A briefing schedule has been established. The parties were to file dispositive motions by September 30, 2004, with responses due October 14, 2004. The case should be scheduled for a Rule 11 Hearing as to defendant Lassiter;

9. Early resolution of the case without trial is likely;

10. Trial may not be necessary. If a trial becomes necessary then the estimated amount of time for a trial is one (1) week;

11. Other matters include arraignment on the Superseding Indictment returned on October 28, 2004, to be held before Judge Aleaxander.

    IT IS HEREBY ORDERED THAT

    An **arraignment** is scheduled for **November 19, 2004,** at **2:00 PM** in Courtroom **24**, 7th floor. The defendant's must appear with counsel.

    HONORABLE JOYCE LONDON ALEXANDER
    UNITED STATES MAGISTRATE JUDGE
    By the Court:

    /S/ Rex Brown
    Courtroom Clerk

November 18, 2004
Date