AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| UNITED STATES OF AMERICA<br>V.<br><br>ANTONIO CARDONA<br>39 Norton Street, Apt 1<br>Dorchester, MA 02125<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   04-CR-10114-DPW |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Boston, MA 02210 | Room<br># 24, 7th Floor |
|---|---|
| Before:   Magistrate Judge Joyce London Alexander | Date and Time<br>10/17/2006 2:00 pm |

To answer a(n)
- ☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

    SEE ATTACHED PETITION

NOTE: PLEASE REPORT TO THE UNITED STATES PROBATION OFFICE, LOCATED ON THE FIRST FLOOR OF THE COURTHOUSE, 2 HOURS BEFORE THE HEARING SCHEDULED ABOVE, TO BE INTERVIEWED BY A PROBATION OFFICER.

_Jarrett Lovett_
Signature of Issuing Officer

JARRETT LOVETT - DEPUTY CLERK
Name and Title of Issuing Officer

9/21/2006
Date