UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10114-DPW

UNITED STATES OF AMERICA

V.

ANTONIO CARDONA

**ORDER ON DETENTION**

ALEXANDER, M.J.

The defendant, Antonio Cardona, appeared before this Court on February 28, 2007, for an initial probation revocation hearing for violations of conditions of release. Mr. Cardona had previously been convicted of 21 U.S.C. § 846 (conspiracy to distribute cocaine base), 21 U.S.C. § 860(a) (playground violation), 21 U.S.C. § 841(a)(1) (distribution of cocaine base), and 18 U.S.C. § 2 (aiding and abetting). At the hearing, the Government was represented by Assistant United States Attorney Patrick M. Hamilton and Mr. Cardona was represented by Attorney Debra A. Del Vecchio.

At the hearing, Mr. Cardona waived his right to a preliminary revocation hearing and consented to detention without prejudice pending his final probation revocation hearing before District Judge Woodlock on March 8, 2007, at 11:00 a.m.

Accordingly, the Court ORDERED the defendant, Antonio Cardona DETAINED pursuant to 18 U.S.C. § 3142 (e) and remanded to the custody of the United States Marshal.

SO ORDERED.

*February 28, 2007*
Date

/s/ *Joyce London Alexander*
United States Magistrate Judge

