AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE

District of _____

2007 MAR -2 P 1:13

UNITED STATES OF AMERICA

V.

ANTHONY CARDONA

**WARRANT FOR ARREST**
DISTRICT OF MASS.

Case  04-10114-DPW-JLA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  __ANTHONY CARDONA__
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation   X Probation Violation Petition

charging him or her       (brief description of offense)

Failure to refrain from use of controlled substances; failure to participate in a program for substance abuse which program may include testing; failure to participate in mental health treatment as directed; failure to secure imployment

in violation of  ___18___  United States Code, Section(s)  ___3606___

2006 OCT 13 P 2:25
U.S. MARSHAL SERVICE
BOSTON, MA

Douglas P. Woodlock
Name of Issuing Officer

_[signature] Douglas P. Woodlock_
Signature of Issuing Officer

United States District Judge
Title of Issuing Officer

10/13/06 at Boston, Massachusetts
Date and Location

Bail fixed at $ _____

_____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

WARRANT EXECUTED BY  USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  2/28/07

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |